## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

GATEWAY PLASTICS, INC.
f/k/a GLENDALE PLASTICS, INC.,

                             **Plaintiff,**

                                                     **Case No. 05-C-986**

        -vs-

WEATHERCHEM CORPORATION,

                             **Defendant.**

## ORDER

Upon the foregoing Stipulation by and between the Parties,

IT IS HEREBY ORDERED THAT:

The complaint and the pending action both shall be dismissed, without prejudice, each party to bear its own costs.

Dated at Milwaukee, Wisconsin, this 19th day of January, 2006.

                            **SO ORDERED,**

                            **s/ Rudolph T. Randa**
                            **HON. RUDOLPH T. RANDA**
                            **Chief Judge**